United States Bankruptcy Court
Southern District of Florida

In re:                                                                                          Case No. 18-23791-LMI
Maria Irma Davis                                                                                Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 113C-1              User: admin                    Page 1 of 1                    Date Rcvd: Feb 13, 2019
                                  Form ID: CGFD65                Total Noticed: 10

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 15, 2019.
db            +Maria Irma Davis,    16220 NW 2nd Avenue,    Apt#514,    Miami, FL 33169-6549
smg            Florida Department of Revenue,    POB 6668,    Bankruptcy Division,    Tallhassee, FL 32314-6668
cr            +Parkway Grove Condominium Association, Inc.,     Eisinger, Brown, Lewis, Frankel & Chaiet,
                Michele A. Crosa, Esq.,    4000 Hollywood Boulevard, Suite 265-S,    Hollywood, FL 33021-6782
94786344      +Chase Bank USA, NA,    P.O. Box 15298,    Wilmington, DE 19850-5298
94786346      +IC System Inc.,    P.O. Box 64378,    Saint Paul, MN 55164-0378
94786347      +Parkway Grove Condo. Ass'n,    1450 NW 87 AVE, #204,    Doral, FL 33172-3009
94786348      +Parkway Grove Condo. Registered Agent,     Eisinger Brown Lewis Frankel Chaiet,
                4000 Hollywood Blvd., #265 South,    Hollywood, FL 33021-6782
94849146      +Parkway Grove Condominium Association,Inc.,    c/o Eisinger,Brown,Lewis,Frankel&Chaiet,,
                Michele A. Crosa, Esq.,    4000 Hollywood Blvd.,Suite 265-S,    Hollywood, FL 33021-6782

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
94786343       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Feb 14 2019 03:00:22
                Capital One Bank USA NA,    10700 Capital One Way,    Glen Allen, VA 23060-9243
94786345        E-mail/Text: mrdiscen@discover.com Feb 14 2019 02:50:34      Discover FINCL SVC LLC,
                PO BOX 15316,   Wilmington, DE 19850-5316
                                                                                              TOTAL: 2

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 15, 2019                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 13, 2019 at the address(es) listed below:
              Mandy L Mills    on behalf of Debtor Maria Irma Davis mmills@legalservicesmiami.org,
               sfreire@legalservicesmiami.org;pleadings@legalservicesmiami.org
              Michele  A Crosa    on behalf of Creditor    Parkway Grove Condominium Association, Inc.
               mcrosa@eisingerlaw.com,    sorta@eisingerlaw.com
              Nancy K. Neidich     e2c8f01@ch13miami.com,    ecf2@ch13miami.com
              Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
                                                                                              TOTAL: 4

**CGFD65** (10/01/16)



**ORDERED in the Southern District of Florida on February 13, 2019**

**Laurel M Isicoff**
Chief United States Bankruptcy Judge

# United States Bankruptcy Court
### Southern District of Florida
### www.flsb.uscourts.gov

**Case Number: 18−23791−LMI**
**Chapter: 13**

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

Maria Irma Davis
fka Maria I. Artigas
16220 NW 2nd Avenue
Apt#514
Miami, FL 33169

SSN: xxx−xx−9398

## ORDER DETERMINING DEBTOR'S
## COMPLIANCE WITH FILING REQUIREMENTS OF §521(a)(1)

Pursuant to 11 U.S.C. §521(i), if an individual debtor in a voluntary case under chapter 7 or 13 fails to file all of the information required under 11 U.S.C. §521(a)(1) within 45 days after the date of the filing of the petition, the case shall be automatically dismissed effective on the 46th day after the date of the filing of the petition.

*Page 1 of 2*

The information required by 11 U.S.C. §521(a)(1) as provided by the debtor* in this case is complete to the satisfaction of the trustee and no creditor or other party in interest has filed a request for an order of dismissal pursuant to 11 U.S.C. §521(i)(2) as provided under Local Rule 1017–2(A)(2). Based upon the trustee's review, the court has determined that the debtor has complied with the information requirements of 11 U.S.C. §521(a)(1).

Accordingly, it is

**ORDERED:**

1. This case is not subject to automatic dismissal under 11 U.S.C. §521(i)(1) or (2).

2. If any creditor or other party in interest has any reason to contest the court's finding that the debtor has filed all information required by 11 U.S.C. §521(a)(1), that party shall file an objection not later than 21 days from the date of the entry of this Order, and serve such objection on the trustee, the United States Trustee, debtor, and debtor's counsel, if any. The objection should specifically identify the information and document(s) required by 11 U.S.C. §521(a)(1) that the debtor has failed to file.

3. Each creditor or other party in interest served with this Order who does not file an objection within the 21 day deadline set forth above has waived the right to file a motion to dismiss this bankruptcy case for the debtor's failure to comply with 11 U.S.C. §521(a)(1).

4. Nothing in this Order shall excuse the debtor's duty to cooperate with the United States Trustee and the trustee assigned to this case, and shall not prevent the United States Trustee or case trustee from requesting by any authorized means, including, but not limited to motion, that the debtor supply further information.

The clerk shall serve a copy of this order on all parties of record.

# # #

* All references to "debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.